An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

TERRENCE R. HALL,
Petitioner,
vs.
THE STATE OF NEVADA; AND
STEVEN GRIERSON, DISTRICT
COURT CLERK,
Respondents.

No. 60439

FILED

MAR 15 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

ORDER DENYING PETITION
FOR WRIT OF MANDAMUS OR PROHIBITION

This is a proper person petition for a writ of mandamus or prohibition, challenging the Las Vegas Justice Court's mandatory electronic filing requirement. Having considered the petition and attached documentation, we decline to exercise our discretion to issue extraordinary relief in this matter. See Smith v. District Court, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (providing that it is within this court's discretion to determine if a writ petition will be considered). Accordingly, we deny the petition. See NRAP 21(b)(1).

It is so ORDERED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

[1]We direct the clerk of this court to file petitioner's application to proceed in forma pauperis, provisionally received in this court on March 29, 2012, and his financial certificate, provisionally received in this court on April 23, 2012. Having considered these documents, we conclude that no action is necessary as to them.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07950

cc: Terrence R. Hall
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A